UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| INTEGRICO COMPOSITES, INC. | * | CIVIL ACTION NO. 15-2788 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| SOUTHLAND PROCESS GROUP, LLC | * | MAG. JUDGE KAREN L. HAYES |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (Record Document 8) and the renewed Motion to Dismiss (Record Document 33) are hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE